

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00476-CR

| | | |
|---|---|---|
| RONNIE MICHAEL HOPPER, Appellant | § | On Appeal from the 30th District Court |
| | § | of Wichita County (60,066-A) |
| V. | § | February 6, 2020 |
| | § | Opinion by Justice Wallach |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgments. It is ordered that the judgments of the trial court are affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
    Justice Mike Wallach